■ SARAH E. NEWTON, Appellant, v. HILDA E. LONG, Respondent.— Judgment and order dated June 11, 1958, reversed on the law and facts, and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence. Appeal from two orders dated August 4, 1958, dismissed as academic. All concur. (Appeal from a judgment of Livingston Trial Term for defendant for no cause of action, in an automobile negligence action. The order denied a motion for a new trial. Also appeal from two orders of Monroe Special Term each denying plaintiff's motion for a new trial pursuant to section 522 of the Civil Practice Act.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor and Trustee of GUSTAV ERBE, Deceased, et al., Respondents.— Order modified by striking therefrom the third ordering paragraph thereof and inserting in place therof the following: " Ordered that such examination and production are hereby allowed upon ten days' notice by the plaintiffs specifying the time, the place within the City of Roches-ter, and the person before whom they shall be held ", and as so modified the order is affirmed, with $10 costs and disbursements to the appellant. Memoran-dum: The Special Term Justice improvidently exercised his discretion in directing that the examination of defendant Lincoln Rochester Trust Company be held after the service of an additional or supplemental bill of particulars. An immediate examination should expedite and hasten disposition of the case and the determination of the issues, which has already been too long delayed. All concur, Goldman, J., not participating. (Appeal from an order of Monroe Special Term overruling plaintiffs' motion for examination before trial of Lincoln Rochester Trust Company forthwith and granting the motion after 10 days' notice after the final determination of defendants' motions under rule 115 of the Rules of Civil Practice with respect to the bill of particulars.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GUSTAV ERBE, JR., et al., Individually and as Administrators C. T. A. of the Estate of FREDERICK G. ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY et al., Respondents.— Same decision as in com-panion case of *Erbe* v. *Lincoln Rochester Trust Co.* (7 A D 2d 963). (Appeal from an order of Monroe Special Term overruling plaintiffs' motion for exam-ination before trial of Lincoln Rochester Trust Company forthwith and granting the motion after 10 days' notice after the final determination of defendants' motions under rule 115 of the Rules of Civil Practice with respect to the bill of particulars.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.